IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **MATTHEW M. MARINELLO** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| vs. | § | Civil Action No. 4:25-CV-00249-O |
| | § | |
| **RYDER INTEGRATED** | § | |
| **LOGISTICS, INC.,** | § | |
| | § | |
| | § | |
| **Defendant** | § | |

## PLAINTIFF'S FIRST AMENDED COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Matthew M. Marinello, Plaintiff, complaining of Ryder Integrated Logistics, Inc., hereinafter referred to as Defendant, and for cause of action, Plaintiff would show the Court the following:

### I.

### **PARTIES**

1. Plaintiff, Matthew Marinello is a Texas resident and resides in Parker County, Texas.

2. Defendant Ryder Integrated Logistics, Inc., is a corporation duly authorized to do business in the State of Texas. Defendant may be served with process though its registered agent, Corporate Creations Network Inc., 5444 Westheimer, #100, Houston, Texas 77056.

## II.

## JURISDICTION

3. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §1331, the Americans with Disabilities Act (ADA) because this case involves a federal question.

## III.

## VENUE

4. Venue is proper in this district under 28 U.S.C. §1391(b)(2) because a substantial part of the events or omission giving rise to this claim occurred in this district.

## IV.

## FACTS

5. Plaintiff was employed by Defendant as a Carrier Sales Representative, starting on or about October 18, 2021.

6. Plaintiff disclosed his disability, related to a lower back injury while serving in the military, during the hiring process.

7. On or about May 16, 2022, Plaintiff requested an accommodation to work from home due to back pain related to his disability. Plaintiff's commute and office conditions aggravated his disability.

8. Plaintiff was denied the accommodation of working from home and instead was given a standing desk and chair with additional back support.

9. On or about June 1, 2023, Plaintiff requested a second accommodation to work from home, as the desk and chair accommodations were still causing Plaintiff extreme pain and discomfort. Defendant allowed non-disabled employees, who were similarly situated to Plaintiff, to work from home.

10. On June 2, 2023, Plaintiff received a phone call from Defendant informing Plaintiff that he was terminated. Defendant falsely accused Plaintiff of violating the workplace violence prevention policy. Plaintiff's termination was pretextual. Plaintiff was terminated for requesting a second accommodation for his disability.

V.

**VIOLATION OF THE AMERICANS WITH DISABILITIES ACT AND TEXAS COMMISSION ON HUMAN RIGHTS ACT ("TCHRA")**

11. Plaintiff re-alleges and incorporates by reference all allegations in all preceding paragraphs.

12. Plaintiff is disabled, as defined by the Americans with Disabilities Act (ADA). Plaintiff's disability severely limits Plaintiff's ability to sit for long periods of time, range of motion, and causes pain. Plaintiff is qualified to perform the essential functions of his job with Defendant.

13. Plaintiff is an employee within the meaning of the ADA.

14. Defendant is an employer within the meaning of the ADA, are engaged in an industry affecting commerce, and have 15 or more employees for each working day in each of 20 or more calendar weeks in the current preceding calendar year.

15. Defendant violated the ADA by intentionally discriminating against Plaintiff on the basis of his disability. Defendant's discriminatory acts include terminating Plaintiff's employment after his second request for accommodation, to work from home, despite allowing other employees to do so.

16. For the same reasons stated in the preceding paragraphs, Defendant violated the TCHRA.

## VII.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

17. Plaintiff timely filed a charge of discrimination against Defendant with the Equal Employment Opportunity Commission. Plaintiff files this complaint within 90 days after receiving a notice of the right to sue from the EEOC. A copy of the notice of the right to sue is attached.

## VIII.

## DAMAGES

18. Plaintiff has suffered damages, including but not limited to back pay, front pay, past and future mental anguish, and attorney's fees. Plaintiff is also entitled to punitive damages.

## IX.

## ATTORNEY'S FEES

19. Plaintiff has been required to engage the services of the undersigned attorney and has agreed to pay the undersigned attorney a reasonable fee for his legal services. Plaintiff is entitled to recover attorney's fees against Defendants.

## X.

## COURSE AND SCOPE

20. The actions of Defendant described within this Petition were committed by its employees and agents who in turn acted in the course and scope of their employment.

## XI.

## PLAINTIFF'S DEMAND FOR JURY TRIAL

21. Plaintiff, asserts his rights under the Seventh Amendment to the U.S. Constitution and demands, in accordance with Federal Rule of Civil Procedure 38, a trial by jury on all issues.

## XII.

## **PRAYER**

22. WHEREFORE, premises considered, Plaintiff requests that the Defendant be cited to appear and answer and that on final trial Plaintiff has:

    a. Judgment against Defendants for damages in an amount in excess of the minimum jurisdictional limits of the Court;

    b. Prejudgment and post-judgment interest as provided by law;

    c. Costs of suit; and

    d. Such other and further relief to which Plaintiff may be entitled in law or in equity.

Respectfully submitted,

WALTERS LAW OFFICE, PLLC.

*/s/ Jonathan J. "Jack" Walters.*

Jonathan J. "Jack" Walters
State Bar No. 24096307

3113 S. University Drive, Suite 201
Fort Worth, Texas 76109
(682) 747-6800
(682) 747-6899 facsimile
jack@walterslawofficepllc.com

ATTORNEY FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 5th day of June, 2025, a copy of the foregoing was served on the following:

Hunter Johnson
Texas Bar No. 10753900
Hjohnson@constangy.com
Aarika N. Johnson
Texas Bar No. 24120927
Anjohnson@constangy.com
**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**
100 Crescent Court, Suite 700
Dallas, Texas 75201
Main: (214) 646-3421

ATTORNEYS FOR DEFENDANT

                                          */s/ Jonathan J. "Jack" Walters*
                                          Jonathan J. "Jack" Walters